# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131820 & (78)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 131820
COA: 260155
Wayne CC: 04-004270-01

GREGORY C. WASHINGTON,
       Defendant-Appellant.

_____/

      On order of the Court, the motion to accept a supplemental brief is GRANTED. The application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

t1218